WHITE et al., Respondents, v. WELSH, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 30, 1900.) Action by Georgia Caroline White and another against Charles M. Welsh, as executors, etc. No opinion. Judgment and order appealed from affirmed, with costs. Held that the ques-

tion of competency. fraud. undue influence, and consideration of note were questions for the jury, and that the exceptions present no legal error.